1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  VINCENT J. SCALLY, JR.
   Supervising Deputy Attorney General
3  KATHRYN ALLEN, State Bar No. 137685
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 327-4852
6   Fax: (916) 324-5567

7  Attorneys for Defendant Department of Motor
   Vehicles

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY GOETHE,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, DEPARTMENT OF MOTOR VEHICLES,**<br><br>Defendants. | Case No.: 2:07-CV-01945-MCE-GGH<br><br>**STIPULATION OF THE PARTIES' COUNSEL TO SEAL DOCKET ENTRY 29-4 THROUGH DOCKET ENTRY 29-18 AND ORDER**<br><br>Date: May 16, 2008 (May 30, 2008)<br>Time: 9:00 a.m.<br>Dept: 7<br>Judge: Hon. Morrison C. England, Jr.<br><br>Trial Date: Not Set<br>Action Filed: Sept. 17, 2007 |

This Stipulation is made and entered into on the date hereinafter by and between counsel on behalf of plaintiff Gary Goethe and defendant California Department of Motor Vehicles.

**RECITALS**

1. On March 13, 2008, plaintiff e-filed his second amended complaint in the above-captioned action. This Court entered the e-filing as Docket No. 26.

2. On April 2, defendant e-filed, pursuant to Federal Rules of Civil Procedure, rule 12(b) and (f), a motion and supporting documents to dismiss claims and strike allegations from plaintiff's second amended complaint.

1

1 | This Court entered the e-filing as Docket No. 27 through 27-6.

2 |         3. On April 30, plaintiff e-filed his opposition and supporting documents. This Court
3 | entered the e-filing as Docket No. 29 through 29-18.

4 |         4. The e-filing entered as Docket No. 29-5 through 29-18 inadvertently discloses
5 | individuals' names, home addresses, home telephone numbers and social security numbers.

6 |         5. Counsel for the parties stipulate and agree that the e-filing entered as Docket No.
7 | 29-5 through 29-18 should be sealed from public view, and join in requesting this Court so order.

Law Office of Robert C. Bowman, Jr., SBN 232388
2151 River Plaza Drive, Suite 195
Sacramento, CA  95833

Dated:   May 21, 2008              /s/  Robert C. Bowman, Jr.
                                   Robert C. Bowman, Jr.
                                   Attorney for Gary Goethe


Dated:   May 21, 2008              /s/ Kathryn Allen
                                   KATHRYN ALLEN
                                   Deputy Attorney General
                                   Attorney for Department of Motor Vehicles


        This Court finds good cause to order the e-filing entered as Docket No. 29-5 through
29-18 sealed from public view.

        **IT IS SO ORDERED.**

Dated: May 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2