1  KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2  VINCENT J. SCALLY, JR., State Bar No. 58223
Supervising Deputy Attorney General
3  KATHRYN ALLEN, State Bar No. 137685
Deputy Attorney General
4    1300 I Street, Suite 125
   P.O. Box 944255
5    Sacramento, CA 94244-2550
   Telephone:  (916) 327-4852
6    Fax:  (916) 324-5567
   E-mail:  Kathryn.Allen@doj.ca.gov
7  *Attorneys for Defendant*
*Department of Motor Vehicles*

8

9  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III** #118694
10  1010 F Street, Suite 200
Sacramento, California 95814
11  Telephone:  (916) 444-5557
Fax:  (916) 444-5558
12  *Attorney for Plaintiff* GARY GOETHE

13

14                    IN THE UNITED STATES DISTRICT COURT

15                 FOR THE EASTERN DISTRICT OF CALIFORNIA

16

17

| 18  **GARY GOETHE,** | 2:07-CV-01945-MCE-GGH |
|---|---|
| 19                              Plaintiff, | **JOINT REQUEST TO VACATE PRETRIAL DATES AND TRIAL DUE** |
| 20             **v.** | **TO PLAINTIFF'S UNAVAILABILITY; ORDER** |
| 21 | |
| 22  **STATE OF CALIFORNIA, DEPARTMENT OF MOTOR VEHICLES,** | Time:  9:00 a.m. |
| 23                              Defendant. | Courtroom: Seven Judge:  Hon. Morrison C. England, Jr. |
| 24 | Trial Date:      June 13, 2011 Action Filed:  September 17, 2007 |
| 25 | |
| 26 | |

27  **TO THE HONORABLE MORRISON C. ENGLAND, JR. JUDGE OF THE UNITED**
**STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:**
28

                                        1

Counsel for plaintiff Gary Goethe and counsel for defendant Department of Motor Vehicles respectfully submit this joint request to vacate all pretrial dates and the June 13, 2011 trial due to plaintiff's unavailability.

RECITALS:

1.      On March 27, 2009, the above-entitled court issued its pretrial scheduling order in the above-captioned matter.  Doc #41.

2.      On December 22, 2009, the court issued its minute order notifying the parties of the following new dates for the pretrial and trial schedule:

        a.      Joint Final Pretrial Statement due no later than March 24, 2011;

        b.      Any evidentiary or procedural motions shall be filed by March 24, 2011, oppositions to be filed by March 31, 2011, and replies, if any, to be filed by April 7, 2011;

        c.      Trial briefs, witness lists, and exhibit lists due no later than March 31, 2011;

        d.      Final pretrial conference shall be held on April 14, 2011, at 2:0 p.m. in Courtroom 7; and,

        e.      Trial shall commence on June 13, 2011 at 9:00 a.m. in Courtroom 7.  Doc #68.

3.      In the matter of the United States v. Gary Goethe, U.S.D.C. Central District of California, case number CR09-00748-GAF, the Honorable Gary Allen Feess recently accepted plaintiff Gary Goethe's plea of guilty to violations of 18 U.S.C., § 666(a)(1)(B) and 18 U.S.C., § 1951(a), then sentenced Gary Goethe to be imprisoned for a term of 41 months.[1]  Allen Dec., ¶ 3; Exh 1.  Gary Goethe's surrender date was February 18, 2011.  Allen Dec., ¶ 4; Exh. 1, pg. 2.

4.      Gary Goethe is incarcerated at the Federal Correctional Institution in Sheridan, Oregon.  Allen Dec., ¶ 5.

---

[1] The Declaration of Kathryn Allen and exhibit attached thereto are filed concurrently herewith, incorporated herein by this reference, and hereafter referred to as the "Allen Dec."

2

1        5.      Gary Goethe will not be available for the June 13, 2011 trial set in the above-

2   captioned matter.

3

4        REQUEST:

5        Counsel for plaintiff Gary Goethe and counsel for defendant Department of Motor Vehicles

6   join in respectfully requesting this Court vacate all pretrial dates and the June 13, 2011 trial due to

7   plaintiff's unavailability.

8
            Dated: February 24, 2011                    Respectfully submitted,
9
                                                        KAMALA D. HARRIS
10                                                      Attorney General of California
                                                        VINCENT J. SCALLY, JR.
11                                                      Supervising Deputy Attorney General

12

13                                                      /s/ Kathryn Allen
                                                        KATHRYN ALLEN
14                                                      Deputy Attorney General
                                                        *Attorneys for Defendant*
15                                                      *Department of Motor Vehicles*

16
                                                        Respectfully submitted,
17
    Dated:  February 24, 2011                           LAW OFFICES OF JOHNNY L. GRIFFIN III
18

19                                                       /s/ Johnny L. Griffin. III, Esq. _
                                                         JOHNNY L. GRIFFIN, III, Esq.
20                                                       Attorney for Plaintiff Gary Goethe

21

22

23

24

25

26

27

28
                                                3

1

**ORDER**

2

3        The Court, having found good cause, orders all pretrial dates and trial in the above-

4   captioned matter vacated due to plaintiff's unavailability.

5        The Clerk is directed to administratively remove this case from the civil active list.

6        Counsel are directed to file annual joint status reports commencing one year from the date

7   this Order is electronically filed regarding the continued status of plaintiff's unavailability.

8        **IT IS SO ORDERED.**

9   DATE:  March 7, 2011

10

11   _____

     MORRISON C. ENGLAND, JR.

12   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Request and (Proposed) Order To Vacate Pretrial Dates and Trial Due to Plf's Unavailability
(2:07-CV-01945-MCE-GGH)