**LAW OFFICE OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN: 118694)**
**MANOLO H. OLASO (SBN: 195629)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile:  (916)444-5558

Attorney for Defendant
**GARY GOETHE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GOETHE,<br><br>            Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA<br>DEPARTMENT OF MOTOR VEHICLES,<br><br>            Defendant. | CASE NO.  2:07-CV-01945-MCE-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between plaintiff Gary Goethe, by and through his attorney Johnny L. Griffin, III, and defendant State of California, Department of Motor Vehicles, by and through its attorney Deputy Attorney General Loren Dieu, that this entire action be, and hereby is, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Rule 160, with each side to bear his/its own costs and attorneys' fees.

The parties so stipulate to the foregoing.

///

///

///

///

1

Respectfully submitted,

Dated: June 26, 2015

/s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III

Attorney for Gary Goethe


Dated: June 26, 2015

/s/ Loren Dieu
Deputy Attorney General for State of California
Department of Motor Vehicles
(e-signature authorized on June 26, 2015)

## ORDER

Pursuant to the parties' signed stipulation, this action is DISMISSED with prejudice.  Each party shall bear its own costs and attorneys' fees.  The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:  June 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT